UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIC ROGERS,

             Plaintiff,

             -v-

CAFEBELLE.NYC, LLC and 280 MULBERRY
REALTY LLC,

             Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-6032 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's initial conference, the parties are directed to exchange discovery informally and to make their best efforts to resolve this case on their own. Plaintiff must submit his initial disclosures to opposing counsel by **February 5, 2020**. By **March 4, 2020**, the parties must report by letter to the Court whether they have reached a settlement and, if no settlement has been reached, to indicate at least three dates that are mutually convenient for the parties for a settlement conference with the undersigned.[1] If, after such supervised mediation, the parties have still not reached a settlement, the Court will then set a formal case management schedule.

    **SO ORDERED.**

Dated: February 4, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] The Court will not be available between March 17 through April 1 and between April 6 through 10. Alternatively, counsel are free to call chambers at (212) 805-0250 with both sides on the line and coordinate with my deputy clerk, David Tam, to find a mutually convenient date for the parties and the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/04/2020