USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIC ROGERS,

                Plaintiff,

   -v-

CAFEBELLE.NYC, LLC and 280 MULBERRY REALTY LLC,

               Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-6032 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    By Order dated March 6, 2020 (Dkt. No. 25), the Court scheduled a settlement conference in this case for **April 20, 2020** at **2:30 p.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.  Given the state's extension of the current stay-at-home policy, the April 20 conference will now be held telephonically rather than in person.  Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).  Using the conference line system, the Court will begin the settlement conference in joint session with all parties on the line before breaking into private session and speaking to the parties individually, as the technology the Court is using should be able to facilitate breakout sessions with each side.  All of the other terms of the March 6 Order are hereby incorporated by reference.

    **SO ORDERED.**

Dated: New York, New York
       March 31, 2020

_____
JAMES L. COTT
United States Magistrate Judge