```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERIC ROGERS,

                Plaintiff,

     -v-

CAFEBELLE.NYC LLC and 280 MULBERRY
REALTY LLC,

                Defendants.
---------------------------------------------------------------X

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

19-CV-6032 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held a settlement conference in this case yesterday, at the end of which the Court scheduled a continued settlement conference for **June 10, 2020** at **2:30 p.m.** by telephone.[1] Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). The parties should also provide the Court with supplemental *ex parte* settlement letters five (5) business days prior to the conference, in this case **June 3, 2020**, by email to CottNYSDChambers@nysd.uscourts.gov. If the parties are able to resolve this matter before June 10, they should so advise Judge Engelmayer and me by filing a letter to that effect on the Docket.

      SO ORDERED.

Dated: April 21, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] All parties were present at the settlement conference yesterday, except for Defendant 280 Mulberry Realty LLC.